# Order

Michigan Supreme Court
Lansing, Michigan

June 19, 2020

160000

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JEROME WILLIAM BORTHWELL,
      Defendant-Appellant.

_____/

SC: 160000
COA: 346757
Wayne CC: 02-000276-FC

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

On order of the Court, the application for leave to appeal the June 10, 2019 order of the Court of Appeals is considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the June 11, 2018 order of the Wayne Circuit Court, and we REMAND this case to that court for reconsideration of the defendant's motion for relief from judgment in light of *People v Johnson*, 502 Mich 541 (2018).

We do not retain jurisdiction.

VIVIANO, J., would deny leave to appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 19, 2020



Clerk

b0616